**Order entered April 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01647-CV

**CHRISTOPHER UTZ, UTZ ENVIRONMENTAL SERVICES, ET AL, Appellant**

**V.**

**MCKENZIE, DUFFY, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08418**

## ORDER

After considering the merits of appellants' March 15, 2013 motion for reconsideration en banc, the motion is **DENIED.**

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE